UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYANE HECKER,<br><br>    Plaintiff,<br><br>    v.<br><br>ADYEN NV,<br><br>    Defendant. | Case No. 4:24-cv-08119-KAW<br><br>**ORDER TO SHOW CAUSE REGARDING PROPOSED STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 22, 23 |

On March 27, 2025, the parties filed a stipulated protective order. (Dkt. No. 22.) They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 12.) As a result, on March 28, 2025, the parties were ordered to submit a supporting declaration within 7 days, which was April 4, 2025. (Dkt. No. 23.) To date, they have not filed a supporting declaration.

Accordingly, on or before **May 12, 2025**, the parties are ORDERED TO SHOW CAUSE why they did not comply with the March 28, 2025 order and timely file a supporting declaration by April 4, 2025. Also by **May 12, 2025**, the parties are ordered to file (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable. The failure to timely respond to this order to show cause will result in the denial of the proposed stipulated protective order.

IT IS SO ORDERED.

Dated: May 5, 2025

                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge