Emily A. Nugent, State Bar No. 255048
EMILY NUGENT LAW
3650 Mt. Diablo Road, Suite 106
Lafayette, CA 94549
Tel. (510) 371-4456
emily@emilynugentlaw.com

Attorneys for Plaintiff Ryane Hecker

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYANE HECKER,<br><br>Plaintiff,<br><br>vs.<br><br>ADYEN N.V., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 4:24-cv-08119-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Pursuant to this Court's Order to File Dismissal Within 60 Days [Dkt. No. 30] and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ryane Hecker voluntarily dismisses this case with prejudice, with each side to bear its own costs and fees.

**DATED:** October 14, 2025

**EMILY NUGENT LAW**

By: ______________________
Emily Nugent
Attorneys for Plaintiff
RYANE HECKER